

# Fourth Court of Appeals
## San Antonio, Texas

October 5, 2018

No. 04-18-00682-CV

**IN RE** Reina **S.C.**

Original Mandamus Proceeding[1]

**ORDER**

Sitting:      Marialyn Barnard, Justice
                Patricia O. Alvarez, Justice
                Luz Elena D. Chapa, Justice

On September 23, 2018, relator filed a petition for writ of mandamus. This court is of the opinion that a serious question concerning the mandamus relief sought requires further consideration. *See* TEX. R. APP. P. 52.8(b). The respondent and the real parties in interest may file a response to the petition for writ of mandamus in this court **on or before October 25, 2018**. Any such response must comply with Rule 52.4 of the Texas Rules of Appellate Procedure. *See id.* R. 52.4.

It is so **ORDERED o**n October, 2018.

PER CURIAM

ATTESTED TO: _____
KEITH E. HOTTLE,
Clerk of Court

---

[1] This proceeding arises out of Cause No. 2018-PA-01865, styled *In the Interest of J.J.R.S. and L.J.R.S., Children*, pending in the 37th Judicial District Court, Bexar County, Texas. The Honorable Charles E. Montemayor, Associate Judge, signed the order at issue in this original proceeding.